UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 JUN -6 AM 7: 21
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

In re:
PONCE MARINE FARM, INC.
MIDWEST TRADING CO.

C. DAVID BUTLER, U.S. TRUSTEE,
    Appellant

v.

CIVIL No. 98-1580 (JP)

INDIANO, WILLIAMS & WEINSTEIN-BACAL,
    Appellee

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** May 30, 2000<br>**Docket:** # 14<br>[ ] **Plffs**  [X] **Defts**<br>**Title:** Indiano & Williams, P.S.C. Request to be Service with Notices and Copies of Pleadings and Orders in this Case | **GRANTED.** The law firm of Indiano, Williams & Weinstein-Bacal was divided and, effective April 1, 2000, the separate law firms of Weinstein-Bacal & Associates, P.S.C. and Indiano & Williams, P.S.C. have been created. The Clerk **SHALL** notify copies of pleadings and orders in this case to both law firms. |
| Date: 6/2/00 | JAIME PIERAS, JR.<br>U.S. Senior District Judge |

Rec'd:   EOD:

By:   # 15

(3)