IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

PONCE MARINE FARM, INC.
MIDWEST TRADING CO., INC.

C. DAVID BUTLER, U.S. TRUSTEE,

    Appellant

vs.                                                CIVIL NO. 98-1580 (JP)

INDIANO, WILLIAMS & WEINSTEIN-BACAL,

    Appellee

## FINAL JUDGMENT

Pursuant to the Opinion and Order of this same date, the Court hereby **AFFIRMS** the March 30, 1998 Opinion & Order of the United States Bankruptcy Court for the District of Puerto Rico, and **DISMISSES** the instant appeal.

**IT IS SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, this 8th day of March, 2001.

JAIME PIERAS, JR.
U. S. SENIOR DISTRICT JUDGE